UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD DONALD SCHMELING,

    Defendant.

_____/

No. 1:19-mj-464

Hon. Ray Kent
U.S. Magistrate Judge

## NOTICE OF APPEARANCE

Alexis Sanford, Assistant United States Attorney, enters her appearance as attorney for the United States of America in the above captioned case.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date: December 31, 2019

_____
ALEXIS M. SANFORD
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan   49501-0208
(616) 456-2404