UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No.   1:19-mj-464

v.

COMPLAINT
**PENALTY SHEET**

RICHARD DONALD SCHMELING,

        Defendant.
_____/

**COUNT 1** – Sexual Exploitation and Attempted Sexual Exploitation of a Child – 18 U.S.C. § 2251(a)

**Maximum penalty:** Not less than 15 years and up to 30 years imprisonment and/or $250,000 fine [18 U.S.C. § 2251(e)]

**Supervised Release:** Not less than 5 years and up to life [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013] and $5,000 [18 U.S.C. § 3014]

**Additional Special Assessment**: up to $50,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 2**—Distribution of Child Pornography—18 U.S.C. § 2252A(a)(2)

**Maximum penalty:** Not less than 5 years and up to 20 years imprisonment and/or $250,000 fine. [18 U.S.C. § 2252A(b)(1)]

**Supervised Release:** Not less than 5 years and up to life [18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessments**: $100 [18 U.S.C. § 3013] and $5,000 [18 U.S.C.§ 3014]

**Additional Special Assessment**: up to $35,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18:3663A]

**Other**: Sex offender registration

Date:  December 31, 2019        /s/ Alexis M. Sanford
                                                                    Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046